RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jeremy Lee Attebery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JEREMY LEE ATTEBERY,<br><br>            Defendant. | Case No. 2:22-cr-00001-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jeremy Lee Attebery, that the Sentencing Hearing currently scheduled on January 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than January 16, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for sentencing.
2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 22nd day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY LEE ATTEBERY,<br><br>　　　　Defendant. | Case No. 2:22-cr-00001-GMN-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 3, 2023, at 11:00 a.m., be vacated and continued to January 31, 2023 at the hour of 11:00 a.m.

　　DATED this 21 day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3