UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JEREMY LEE ATTEBERY,<br><br>           Defendant. | Case No. 2:22-cr-00001-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, September 3, 2024 at 11:00 a.m. be vacated and continued to October 9, 2024 at the hour of 10:30 a.m. in Courtroom 3D.

DATED this 29th of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3