RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jeremy Lee Attebery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JEREMY LEE ATTEBERY,<br><br>           Defendant. | Case No. 2:22-cr-00001-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jeremy Lee Attebery, that the Revocation Hearing currently scheduled on September 11, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to investigate the allegations in the petition and to engage in negotiations with the government and probation for a possible non-hearing resolution.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate and prepare for the hearing.

This is the first request for a continuance of the revocation hearing.

DATED this 6th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY LEE ATTEBERY,<br><br>Defendant. | Case No. 2:22-cr-00001-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 11, 2024 at 10:00 a.m. be vacated and continued to  October 22, 2024  at the hour of  9:00 a.m.

DATED this  6  of September 2024.

_____
UNITED STATES DISTRICT JUDGE

3