# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY LEE ATTEBERY,<br><br>　　　　Defendant. | Case No. 2:22-cr-00001-GMN-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, October 9, 2024, at 10:30 a.m. be vacated and continued to December 16, 2024 at the hour of 10:00 a.m. in Courtroom 3D.

　　DATED this 7th of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE